UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT C. PREAST,

    Plaintiff,

v.      Case No. 8:08-cv-999-T-24 GJK

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

# **O R D E R**

The matter before the Court is Plaintiff's complaint seeking review of the decision of the Commissioner of the Social Security Administration denying Plaintiff's application for disability insurance benefits and supplemental security income payments. (Doc. 1.) This complaint was considered by the United States Magistrate Judge, pursuant to an order of referral. The Magistrate Judge has filed his report recommending that the Commissioner's decision be reversed and the case be remanded to the Administrative Law Judge. (Doc. 14). All parties were furnished copies of the Report and Recommendation and given an the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED** that

    (1)     The Magistrate Judge's Report and Recommendation (Doc. 14) is adopted and incorporated by reference in this Order of the Court;

(2) The decision of the Commissioner of the United States Social Security Administration is **REVERSED** and the case **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g); and

(3) The Clerk is directed to enter judgment in favor of Plaintiff, to terminate all pending motions, and to close the case.

**DONE AND ORDERED** at Tampa, Florida, this 16th day of September, 2009.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Gregory J. Kelly
Counsel of Record